# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-2570

_____

| | | |
|---|---|---|
| Kathaleen Burnett, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of Nebraska. |
| Nagl Manufacturing, Company, | * | |
| Norm Fredrickson; June Jones; | * | [UNPUBLISHED] |
| Richard Keeten, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: August 28, 2007
Filed: September 4, 2007

_____

Before MURPHY, SMITH, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Kathaleen Burnett appeals the district court's[1] adverse grant of summary judgment in her employment-discrimination action against her former employer, Nagl Manufacturing Company and others. Having carefully reviewed the record and considered Burnett's arguments, we conclude that the district court properly granted

_____

[1]The Honorable F.A. Gossett, III, United States Magistrate Judge for the District of Nebraska, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

summary judgment and that there is no basis for reversal.  <u>See</u> <u>Jacob-Mua v. Veneman</u>, 289 F.3d 517, 520 (8th Cir. 2002) (de novo standard of review). Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.  We deny Burnett's pending motions.

_____